**Deborah SCOTT, Plaintiff/Appellant,**

v.

**Scott ELKING, Defendant/Respondent.**

**No. ED 76494.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 15, 2000.

Ronald L. Rothman, Librach & Rothman, P.C., St. Louis, for appellant.

James A. Bingley, Morgan & Associates, St. Louis, for respondent.

Before: CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL Jr., J., and JAMES R. DOWD, J.

## ORDER

PER CURIAM.

Plaintiff Deborah Scott appeals from the judgment entered upon a jury verdict in favor of Defendant Scott Elking on plain-

tiff's claim for personal injuries arising from an automobile accident. We have examined the briefs and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b).